# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 06-3070**                    **September Term 2011**

**04cr00355-01**
**04cr00355-02**
**04cr00355-03**
**04cr00355-05**
**04cr00355-06**
**04cr00355-08**

**Filed On:** October 12, 2011

United States of America,

        Appellee

    v.

Bryan Burwell, also known as Bush,

        Appellant

-----------------------------

Consolidated with 06-3071, 06-3073, 06-3077,
06-3083, 06-3084

**BEFORE:**    Sentelle, Chief Judge, and Ginsburg, Henderson, Rogers, Tatel, Garland, Brown, Griffith, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the petition of appellant Bryan Burwell for rehearing en banc and the brief of amicus curiae Federal Public Defender,  the response thereto, and the vote in favor of the petition by a majority of the judges eligible to participate, it is

**ORDERED** that the petition be granted.  Case No. 06-3070 will be reheard by the court sitting en banc. It is

**FURTHER ORDERED** that the portion of the court's April 29, 2011 judgment affirming the conviction and sentence of appellant Burwell be vacated.  It is

**FURTHER ORDERED** that the oral argument before the en banc court be heard at 9:30 a.m. on Monday, January 30, 2012.  It is

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 06-3070                                September Term 2011

**FURTHER ORDERED** that, in addition to filing briefs electronically, the parties file 20 paper copies each of the briefs and the appendix, in accordance with the following schedule:

| | |
|---|---|
| Brief for Appellant | November 14, 2011 |
| Appendix | November 14, 2011 |
| Amicus Curiae Brief in Support of Appellant | November 14, 2011 |
| Brief for Appellee | December 14, 2011 |
| Reply Brief for Appellant | December 30, 2011 |

The briefs are to be limited to the question of mens rea regarding 18 U.S.C. § 924(c).

Because the briefing schedule is keyed to the date of argument, the court will grant requests for extension of time limits only for extraordinarily compelling reasons. The briefs and appendix must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

A separate order will issue regarding allocation of oral argument time.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Jennifer M. Clark
Deputy Clerk